IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ROBERT L. DIXON,

    Plaintiff,

vs.                                         CASE NO.: 4:07cv394-SPM/WCS

TRANS UNION,LLC, and
SOUTHERN MANAGEMENT
SYSTEMS, INC.,

    Defendants.

_____/

**ORDER ACKNOWLEDGING VOLUNTARY DISMISSAL OF TRANS UNION**

    The Court acknowledges the Stipulation of Dismissal With Prejudice (doc. 23) of the claims against Trans Union LLC.  This case shall proceed against the remaining defendant, Southern Management Systems, Inc.

    SO ORDERED this 11th day of January, 2008.

                                        *s/ Stephan P. Mickle*
                                        Stephan P. Mickle
                                        United States District Judge