IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ROBERT L. DIXON,

    Plaintiff,

vs.                                      CASE NO.: 4:07cv394-SPM/WCS

SOUTHERN MANAGEMENT
SYSTEMS, INC.,

    Defendant.

_____/

## ORDER OF DISMISSAL

This case has been dismissed with prejudice pursuant to the parties' Stipulation for Voluntary Dismissal With Prejudice (doc. 37) and Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Accordingly, the clerk shall close this case.

SO ORDERED this 27th day of May, 2008.

                            *s/ Stephan P. Mickle*

                            Stephan P. Mickle
                            United States District Judge